UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KATIE ANTHONY | CIVIL ACTION |
| VERSUS | NUMBER: 11-2712 |
| PORTER INDUSTRIES ENVIRONMENTAL SERVICES, INC. | SECTION: "C" 5 |

**J U D G M E N T**

In accordance with the jury's verdict rendered on July 30, 2013,

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of defendant Porter Industries Environmental Services, Inc. and against plaintiff Katie Anthony, dismissing plaintiff's complaint with prejudice.

New Orleans, Louisiana, this 30th day of July 2013.

_____
HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE